No. 11,646.

OWEN RIEDY VS. MRS. AMELIA JOHNSON, WIFE OF EDWARD DILLON.

The appeal is dismissed, the amount involved being less than two thousand dollars.

APPEAL from the Civil District Court for the Parish of Orleans. King, J.

Arthur H. Brown and Brown & Choate for Plaintiff and Appellee.

James B. Rosser, Jr., for Defendant and Appellant.

The opinion of the court was delivered by

BREAUX, J.    Plaintiff is the holder and owner of two promissory notes for two hundred and fifty dollars each, dated July 27, 1891,

and bearing eight per cent. interest per annum from date, and' secured as to their payment by mortgage and vendor's privilege.

In foreclosing his mortgage he proceeded *via executiva* and had the property seized on which his mortgage and vendor's privilege rest.

The defendant in the executory proceedings appealed.

Before this court the plaintiff has moved to dismiss the defend- ant's appeal on two grounds:

1. Because this court is without jurisdiction *ratione materiæ*.

2. Because the certificate of the clerk of the District Court is de- fective.

The first ground only will be passed upon and decided, as it must result in a dismissal of the appeal. There is no necessity of con- sidering and deciding the second ground.

The amount involved is five hundred dollars, exclusive of interest, secured by mortgage as before stated.

This court is without jurisdiction, and the appeal must be dis- missed.

The appellant's appeal is dismissed at her costs.